IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTENSEN, INC. GENERAL CONTRACTOR, a Washington Corporation; KEVIN CHRISTENSEN and BARBARA CHRISTENSEN, husband and wife, and the marital community thereof; JOHN R. CLARK and "JANE DOE" CLARK, husband and wife, and the marital community thereof; LEETTA IRELAND, an individual person; HARTFORD CASUALTY INSURANCE COMPANY, a foreign insurer;<br><br>Defendants. | No. 3:19-cv-05658-MLP<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 United Financial Casualty Company respectfully submits this Corporate Disclosure Statement.

\\

\\

\\

CORPORATE DISCLOSURE STATEMENT – 1

**CORPORATE DISCLOSURE STATEMENT**

United Financial Casualty Company is a wholly owned subsidiary of Progressive Commercial Holdings, Inc., a private company. Progressive Commercial Holdings, Inc., is a wholly owned subsidiary of The Progressive Corporation, a public company.

DATED this 24th day of July, 2019.

                                        LETHER & ASSOCIATES, PLLC

                                        */s/ Thomas Lether*_____
                                        Thomas Lether, WSBA #18089
                                        */s/ Eric J. Neal*_____
                                        Eric J. Neal, WSBA #31863
                                        1848 Westlake Avenue N, Suite 100
                                        Seattle, WA 98109
                                        P:  (206) 467-5444/F: (206) 467-5544
                                        eneal@letherlaw.com
                                        tlether@letherlaw.com
                                        *Attorneys for Plaintiff United Financial Casualty Insurance Company*