IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurer,<br>　　　　　　　　　Plaintiff,<br>v.<br>CHRISTENSEN, INC., GENERAL CONTRACTOR, a Washington corporation; KEVIN CHRISTENSEN and BARBARA CHRISTENSEN, husband and wife, and the marital community thereof; JOHN R. CLARK and "JANE DOE" CLARK, husband and wife, and the marital community thereof; LEETTA IRELAND, an individual person; HARTFORD CASUALTY INSURANCE COMPANY, a foreign insurer;<br>　　　　　　　　　Defendants,<br>v.<br>WESTERN NATIONAL INSURANCE, a foreign Insurer; and NICHOLSON & ASSOCIATES, LLC a Washington limited liability company. | No. 3:19-cv-05658<br>STIPULATION AND ORDER PERMITTING DEFENDANT TO AMEND ITS ANSWER<br><br>**Noting Date: October 21, 2020** |

## STIPULATION

Come now the parties to this action, and stipulate to entry of an order allowing the Defendant Christensen, Inc., General Contractor to file an Amended Answer to include - Western National Assurance Company as a Third-Party Defendant. The

---

Stipulation and Order Permitting Defendant
To Amend Its Answer

– Page 1 of 4

SCHEFTER & FRAWLEY
*Attorneys at Law*
1415 College Street SE
Lacey, Washington 98503
(360) 491-6666 * (360) 456-3632 fax

parties are entering into this stipulation because the Amended Complaint incorrectly names Western National Insurance rather than Western National Assurance Company, and Western National Assurance Company issued the insurance policy at issue. The amended pleading is attached hereto as Exhibit A.

Dated this 21st day of October, 2020

/s/ Joe Frawley
Joe Frawley, WSBA #41814
Attorney for Christensen Inc.,
General Contractor

Dated this 21st day of October, 2020

/s/ A. Grant Lingg
A. Grant Lingg, WSBA #24227
Charles Henty, WSBA #39222
Attorney for Hartford Casualty
Insurance Company

Dated this 21st day of October, 2020

/s/ Shawn Briggs
Shawn Briggs, WSBA #16162
Attorney for Leetta Ireland

Dated this 21st day of October, 2020

/s/ Thomas Lether
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
Attorney for United Financial
Casualty Company

Dated this 21st day of October, 2020

/s/ Alan B. Hughes
Alan B. Hughes, WSBA #14046
Attorney for Nicholson
& Associates, LLC

Stipulation and Order Permitting Defendant
To Amend Its Answer

– Page 2 of 4

**SCHEFTER & FRAWLEY**
*Attorneys at Law*
1415 College Street SE
Lacey, Washington 98503
(360) 491-6666 * (360) 456-3632 fax

ORDER

This matter came before the court on a stipulation of the parties. The court has reviewed the records and files herein and particularly noted the signature of each attorney approving the order. Now, therefore, it is hereby

ORDERED as follows:

1. Christensen, Inc., General Contractor is permitted to file an Amended Answer to include Western National Assurance Company as a Third-Party Defendant. Counsel is directed to file the Amended Answer within seven (7) days of the date of this order.

DATED: October 23, 2020.

_____
Hon. James L. Robart
UNITED STATES DISTRICT JUDGE

Presented By:

/s/ Joe Frawley
Joe Frawley, WSBA #41814
Attorney for Christensen, Inc.,
General Contractor

Read and Approved;
Notice of Presentation Waived

/s/ A. Grant Lingg
A. Grant Lingg, WSBA #24227
Charles Henty, WSBA #39222
Attorney for Hartford Casualty
Insurance Co.

/s/ Shawn Briggs
Shawn Briggs, WSBA #16162
Attorney for Leetta Ireland

/s/ Thomas Lether
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
Attorney for United Financial
Casualty Company

Stipulation and Order Permitting Defendant
To Amend Its Answer

Page 3 of 4

**SCHEFTER & FRAWLEY**
*Attorneys at Law*
1415 College Street SE
Lacey, Washington 98503
(360) 491-6666 * (360) 456-3632 fax

/s/ Alan B. Hughes
Alan B. Hughes, WSBA #14046
Attorney for Nicholson & Associates, LLC

Stipulation and Order Permitting Defendant
To Amend Its Answer

– Page 4 of 4

**SCHEFTER & FRAWLEY**
*Attorneys at Law*
1415 College Street SE
Lacey, Washington 98503
(360) 491-6666 * (360) 456-3632 fax