The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurer, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTENSEN, INC. GENERAL CONTRACTOR, a Washington Corporation; KEVIN CHRISTENSEN and BARBARA CHRISTENSEN, husband and wife, and the marital community thereof; JOHN R. CLARK and "JANE DOE" CLARK, husband and wife, and the marital community thereof; LEETTA IRELAND, an individual person; HARTFORD CASUALTY INSURANCE COMPANY, a foreign insurer; <br><br> Defendants/Third-Party Plaintiffs <br><br> v. <br><br> WESTERN NATIONAL ASSURANCE COMPANY, a foreign insurer.; and NICHOLSON & ASSOCIATES, LLC, a Washington limited liability company, <br><br> Third-Party Defendants. | No. 3:19-cv-05658-JLR <br><br> **NOTICE OF SETTLEMENT OF ACTION IN ITS ENTIRETY AND REQUEST TO VACATE ALL PENDING MOTIONS** <br><br> **CLERK'S ACTION REQUIRED** |

NOTICE OF SETTLEMENT – 1
3:19-cv-05658-RBL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**TO THE COURT AND THE CLERK OF THE COURT:**

Plaintiff United Financial Casualty Company, Defendant/Third-Party Plaintiffs Christensen Inc., General Contractor and Leetta Ireland, and Third-Party Defendants Western National Assurance Company ("the Parties") hereby give notice of the global resolution of all claims in the instant suit.

The Parties anticipate filing a stipulated motion for dismissal of all claims with prejudice (pursuant to Fed. R. Civ. Proc. 41) within the next 30 to 45 days.

In the interim, the Parties respectfully request that the pending Motion for Leave to Withdraw from Defense of Christensen, Inc., General Contractor currently noted on the Court's calendar for December 25, 2020 be vacated (Dkt. 67).

DATED this 22nd day of December, 2020.

| LETHER LAW GROUP | BRIGGS & BRIGGS |
|---|---|
| */s/ Thomas Lether*_____ | */s/ Shawn B. Briggs*_____ |
| Thomas Lether, WSBA #18089 | Shawn B. Briggs WSBA #16162 |
| */s/ Eric J. Neal*_____ | 10222 Gravely Lake Drive SW |
| Eric J. Neal, WSBA #31863 | Lakewood, WA 98499 |
| 1848 Westlake Ave N., STE 100 | P: (253) 588-6696 |
| Seattle, WA 98109 | F: (253) 584-6238 |
| P: 206-467-5444 F: 206-467-5544 | sbriggs@briggsandbriggs.com |
| tlether@letherlaw.com | *Counsel for Leetta Ireland* |
| eneal@letherlaw.com | |
| *Attorneys for Plaintiff United Financial Casualty Insurance Company* | |
| SOHA & LANG, P.S. | SCHEFTER & FRAWLEY |
| */s/ Paul Rosner*_____ | */s/ Joe D. Frawley*_____ |
| Paul Rosner, WSBA #37146 | Joe D. Frawley WSBA #41814 |
| */s/ Brad Hudson*_____ | 1415 College Street SE |

NOTICE OF SETTLEMENT – 2
3:19-cv-05658-RBL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  Brad Hudson, WSBA #14384
   1325 Fourth Avenue Suite 2000
2  Seattle, WA 98101-2570
   Telephone: 206-624-1800
3  Facsimile: 206-624-3585
   rosner@sohalang.com
4  hudson@sohalang.com
   *Attorneys for Defendant Western*
5  *National Assurance Company*

Lacey, WA 98503
P: (360) 491-6666
joedfrawley@gmail.com
*Counsel for Christensen Inc., Kevin*
*and Barbara Christensen*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF SETTLEMENT – 3
3:19-cv-05658-RBL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Shawn B. Briggs
Briggs & Briggs
10222 Gravely Lake Drive SW
Lakewood, WA 98499
sbriggs@briggsandbriggs.com

A. Grant Lingg
Charles Henty
Forsberg & Umlauf, P.S.
901 Fifth Ave, Suite 1400
Seattle, WA 98164
glingg@foum.law
chenty@foum.law

Joe D. Frawley
Schefter & Frawley
1415 College Street SE
Lacey, WA 98503
joedfrawley@gmail.com

Paul Rosner
Brad Hudson
1325 Fourth Avenue Suite 2000
Seattle, WA 98101-2570
rosner@sohalang.com
hudson@sohalang.com

**By:**     **[X] ECF/Email**          **[ ] First Class Mail**

Dated this 22nd day of December, 2020 at Seattle, Washington.

*/s/ Judy Tustison*
Judy Tustison | Legal Assistant

NOTICE OF SETTLEMENT – 4
3:19-cv-05658-RBL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544